IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON VICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-688-SLP |
| ) | |
| JAHCO OKLAHOMA PROPERTIES ) | |
| I LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 5] of Magistrate Judge Amanda Maxfield Green. Judge Green recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] be denied because he has sufficient income and assets to pay the $402.00 filing fee. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.

IT IS THEREFORE ORDERED that the Report and Recommendation of the Magistrate Judge is ADOPTED, and Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is DENIED. Plaintiff shall pay the $402.00 filing fee not later than September 29, 2023. Plaintiff is advised that if he fails to timely pay the filing fee, this action shall be dismissed without prejudice

IT IS SO ORDERED this 8th day of September, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE